UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:
THOMAS WILLIAM HENNINGER,   Bankruptcy Case No. 09-35832-DSO
                             Chapter 7
                             Hon. Daniel S. Opperman
                Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $2.80 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Pie & G | 5 | $0.45 |
| Neil Maczecla | 9 | $2.35 |

Dated: October 1, 2010        /s/ Samuel D. Sweet
                              Samuel D. Sweet, Chapter 7 Trustee
                              P.O. Box 757
                              Ortonville, MI 48462-0757
                              248-236-0985
                              ssweet@trusteesweet.us